IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ENNIS LEE BROWN,

    Plaintiff,

v.

DR. EILEEN GAVIN, DR. TRICIA LORENZ, MARY HANSON and LAURIE NEUROTH, [1]

    Defendants.

ORDER

Case No. 19-cv-870-wmc

---

In an order entered on August 1, 2022, plaintiff Ennis Lee Brown was granted leave to proceed *in forma pauperis* against defendants Eileen Gavin, Tricia Lorenz, Mary Hanson and Laurie Neuroth. The Wisconsin Department of Justice filed a Notice indicating that it does not appear on behalf of defendants Eileen Gavin and Tricia Lorenz.

Because plaintiff paid the full $400 filing fee, he is not proceeding *in forma pauperis*, which means that 28 U.S.C. § 1915(d) does not require that the court effect service on plaintiff's behalf. Rather, I am directing the clerk's office to forward the summons, amended complaints, and a copy of the court's August 1, 2022, screening order to plaintiff to arrange for service on defendants Eileen Gavin and Tricia Lorenz following a method approved under Fed. R. Civ. P. 4. Attached to this order is the "Procedure for Serving a Complaint on an Individual in a Federal Lawsuit."

The Attorney General's office has agreed to accept electronic service of documents on behalf of the defendants it represents through the court's electronic filing system. This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each

---

[1] Defendants' first names have been added to the case caption as listed in the Acceptance of Service (dkt. # 37).

1

document filed with the court to the Attorney General's office or defendants Eileen Gavin and Tricia Lorenz.

However, because the Department is not representing defendants Eileen Gavin and Tricia Lorenz, plaintiff will still be required to send paper copies of each document filed with the court to counsel for defendants Eileen S. Gavin and Tricia Lorenz. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the soon-to-be-scheduled preliminary pretrial conference.

ORDER

IT IS ORDERED that the clerk's office is directed to forward the summons, amended complaints and the court's August 1, 2022, screening order to plaintiff to arrange for service on defendants Eileen Gavin and Tricia Lorenz. Plaintiff is to promptly serve the summons, amended complaints, and August 1st screening order, on defendants Eileen S. Gavin and Tricia Lorenz and file proof of service as soon as service has been accomplished.

Entered this 6th day of September, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge